**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 14, 2015

Will W. Pierson
Royston, Rayzor, Vickery & Williams
8200 IH 10 West, Ste. 610
San Antonio, TX 78230

Gregory W. Marcum
Kroger Frisby
3100 Weslayan, Ste. 300
Houston, TX 77027

Scott R. Taylor
Royston, Rayzor, Vickery & Williams
8200 IH 10 West, Ste. 610
San Antonio, TX 78230

David W. Green
Hartline, Dacus, Barger, Dreyer
800 N. Shoreline Blvd.
Suite 2000, North Tower
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Christopher Andrew Lowrance
Royston, Rayzor, Vickery & Williams
Frost Bank Plaza, Ste. 1300
802 N. Carancahua Street
Corpus Christi, TX 78401

Hon. Vaughan Waters
Thorton, Biechlin, Segrato, Reynolds &
Guerra, L. C.
100 NE Loop 410, Ste. 500
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

Hon. Brian C. Miller
Royston, Rayzor, Vickery & Williams
Frost Bank Plaza
802 N. Carancahua St., Suite 1300
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-11-00005-CV, 13-11-00013-CV
Tr.Ct.No. C-1949-04-J
Style:   BRANNAN PAVING GP, LLC D/B/A BRANNAN PAVING COMPANY v.
         PAVEMENT MARKINGS, INC., SAN JUAN INSURANCE AGENCY, INC.
         D/B/A VALLEY INSURANCE PROVIDERS AND LEICHT GENERAL
         AGENCY

Corrected Bill of Costs for the above referenced causes are enclosed.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch